```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 11350
   LORI A GREEN
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK
        Debtor
   SSN XXX-XX-8847
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 06/26/07 and confirmed on 09/13/07.

2. The case was dismissed after confirmation, 03/14/2008.

3. The Debtor paid a total of $   7205.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LITTON LOAN SERVICING IN | CURRENT MORTG | .00 | .00 | .00 |
| LITTON LOAN SERVICING IN | MORTGAGE ARRE | 18703.15 | .00 | 3677.04 |
| AMERICAS SERVICING CO | SECURED | .00 | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | SECURED VEHIC | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 5178.53 | .00 | .00 |
| FLEET CREDIT CARD SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| CAB SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| ACTIVITY COLLECTION SVC | UNSECURED | 6617.63 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 487.62 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 512.05 | .00 | .00 |
| CDA PONTIAC | UNSECURED | NOT FILED | .00 | .00 |
| CDA PONTIAC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 457.75 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 1213.78 | .00 | .00 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 18703.15 | 5178.53 | 9288.83 | .00 | 33170.51 |
| PRINCIPAL PAID | 3677.04 | .00 | .00 | .00 | 3677.04 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 3677.04 | .00 | .00 | .00 | 3677.04 |

The Debtor's attorney, JOHN C DENT                    , was allowed $   3500.00 and was paid $    315.00  direct and $   3185.00  through the plan.

The Trustee received $    342.96 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability in this case.


Dated: 06/26/08                     /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE














                             PAGE   2
        CASE NO. 07 B 11350 LORI A GREEN